IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL BAVONE, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CAUSE NO. 06-153-WDS |
| | ) |
| ELI LILLY AND COMPANY, | ) |
| | ) |
|     Defendant. | ) |

**O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED:  March 24, 2006.**


                         **s/ WILLIAM D. STIEHL**
                            **DISTRICT JUDGE**


Case reassigned to United States District Judge G. Patrick Murphy.  All future pleadings shall bear Case No. 06-153-GPM.